NO. 07-03-0547-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



FEBRUARY 13, 2004



______________________________




BETTY ANN NEWBY, APPELLANT



V.



SHERIA EVANS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE


ESTATE OF GEORGE RALPH NEWBY, JR., DECEASED; DAN MOSER


INDIVIDUALLY AND AS TRUSTEE FOR MOSER AND STUBBLEFIELD


INVESTMENTS; MOSER INVESTMENTS, APPELLEES



_________________________________



FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;



NO. 35,142; HONORABLE JACK YOUNG, JUDGE



_______________________________



Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ. 

MEMORANDUM OPINION


 On December 30, 2003, the clerk of this court received a copy of a Notice of Appeal 
filed on behalf of appellant Betty Ann Newby. By letter dated January 5, 2004, the clerk
advised appellant that a filing fee had not been received, see Tex. R. App. P. 5, nor had a
docketing statement been filed. See Tex. R. App. P. 32.1. The clerk's letter likewise
advised that no further action would be taken on the appeal by this Court until a filing fee
had been paid and that failure to pay the filing fee may result in dismissal of the appeal. 
See Tex. R. App. P. 42.3. 

 The filing fee was not paid. By letter dated January 22, 2004, the clerk advised
counsel for appellant that the filing fee had still not been paid, and that unless the filing fee
was received on or before February 2, 2004, the appeal would be subject to dismissal. 

 The filing fee has not been paid. Accordingly, this appeal is dismissed. Tex. R. App.
P. 42.3.


 Phil Johnson

 Chief Justice



 


 



intLim m:val="subSup"/>
 
 









                                                              NO. 07-10-0264-CR

NO.
07-10-0265-CR

 

                                                     IN
THE COURT OF APPEALS

 

                                          FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                  AT
AMARILLO

 

                                                                      PANEL
B

 

                                                            NOVEMBER
10, 2010

                                                ______________________________

 

 

                                                         ANTHONY
CALDERON,

 

Appellant

 

                                                                             v.

 

                                                          THE STATE OF TEXAS,

 

Appellee

                                             _________________________________

 

               FROM THE COUNTY
COURT AT LAW NO. ONE OF LUBBOCK COUNTY;

 

                 NOS. 2007-445080, 2009-456184;
HON. STUART MESSER, PRESIDING

                                               _______________________________

 

                                                           On
Motion to Dismiss

                                               _______________________________

 

Before
QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Anthony
Calderon, by and through his attorney, has filed a motion to dismiss his appeals
because he no longer desires to prosecute them. 
Without passing on the merits of the case, we grant the motions to
dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and
dismiss the appeals.  Having dismissed
the appeals at appellant=s request, no motions for
rehearing will be entertained, and our mandates will issue forthwith.

 

Do
not publish.                                                            Per Curiam